IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| C.P.H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-CV-495 (MTT) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff moves for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Doc. 21.  That motion is **GRANTED**.

Plaintiff asks for an award of attorney's fees in the amount of $10,931.25 calculated at the rate of $206.25 per hour for 56 hours of work on this case.  *Id.*  The fees requested do not exceed the $125 per hour rate specified in the EAJA adjusted for inflation, and this hourly rate is within the EAJA rate frequently awarded in this district.  *Id.*  The Court finds that the number of hours spent on this case and the requested rate are reasonable.

Plaintiff is entitled to receive attorney's fees pursuant to the EAJA because he (1) filed a timely application; (2) his net worth was less than $2 million dollars at the time he filed the complaint; (3) he is the prevailing party; (4) the position of the United States was not substantially justified; and (5) there are no special circumstances which would make the award unjust.  28 U.S.C. § 2412(d).

-2-

Defendant, the Commissioner of Social Security, does not oppose Plaintiff's motion for attorney's fees in the amount of $10,931.25.

Accordingly, Plaintiff's motion (Doc. 21) is **GRANTED,** and Plaintiff is awarded $10,931.25 in attorney's fees.

**SO ORDERED**, this 28th day of October, 2020.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT